IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

ROBERT HORN, et al
    PLAINTIFFS

VS                        Case no. 4:08cv1033

ST. LOUIS COUNTY et al
    DEFENDANTS

## REQUEST FOR EXTENTION

Comes now the Plaintiffs and respectfully request an extension of time to respond to any requirements to February 15, 2012

This request is made because the trial of Robert Horn in ST. Louis County Municipal Court has been continued to January 2012

This request is supported and joined in by Robert Moore, Assistant County Counselor of St. Louis County.

Respectfully submitted,

ROBERT J. REINHOLD 20696
8050 Watson Rd. #101
St. Louis, Mo. 63119
842-4445 and FAX 842-0359
ATTORNEY FOR PLAINTIFF

## SERVICE

Copies of the foregoing served by electronic filing this 14th day of Nov. 2011 on all parties.